AO 91 (Rev. 11/11) Criminal Complaint

FILED by _____ D.C.

JUL 14 2015

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEVEN LEE CUSHING | ) | Case No. |
| | ) | 15-8388-DLB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 14, 2015__ in the county of __Palm Beach__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Knowing possession of child pornography involving a prepubescent minor or a minor that had not attained 12 years of age |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Renee Blaize, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Renee Blaize, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/14/2015

*Judge's signature*

City and state: West Palm Beach, Floridca

Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

I, Renee Blaize, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2006, and am currently assigned to Miami Division, Palm Beach Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through training at various trainings, seminars, and conferences, and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. In addition, I have investigated numerous cases involving the possession, receipt, and distribution of child pornography. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252A et seq.

2. I have probable cause to believe that on or about July 14, 2015, STEVEN LEE CUSHING did knowingly possess material that contains an image of child pornography, that involved a prepubescent minor or a minor who had not attained 12 years of age, that was mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

3. The statements contained in this affidavit are based on my personal knowledge as well as information received from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and

1

every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## PROBABLE CAUSE

4. On July 14, 2015, agents executed a federal search warrant at a residence on S. Rue Road, West Palm Beach, Florida 33415. The search warrant authorized agents to search for evidence relating, among other things, to the possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

5. Two male residents were identified and interviewed: Christopher Michael Thompson and STEVEN LEE CUSHING. Thompson was identified as the owner of the residence, while CUSHING was determined to have been renting a room from Thompson since February 2014. Both Thompson and CUSHING identified CUSHING's bedroom as the bedroom towards the front of the house.

6. In the front bedroom identified as CUSHING's, agents discovered and seized a Hewlett Packard Laptop computer and a Toshiba external hard drive.

7. CUSHING was interviewed by agents, during which the nature and purpose of the search was reiterated to CUSHING. Upon questioning, he admitted there was illegal contraband on his laptop computer.

8. CUSHING was then advised of his *Miranda* rights, and he signed a written waiver of those rights. The interview of CUSHING was then continued, and he proceeded to disclose that he had been on a website where he read threads, accessed links to pornographic images and videos, and viewed those images and videos. The pornographic material he accessed and viewed featured girls ranging in age from infancy through eighteen years of age. CUSHING acknowledged that he can identify which pictures depict girls of an adolescent age. In addition to this website, CUSHING

2

admitted he also accessed another website which features pornographic material of young girls in bondage. CUSHING stated he would open the images and videos, save them to his laptop, and then transfer the files to a folder called "other" on his external hard drive. Afterwards, he would delete the files on his laptop. CUSHING commented viewing the images was an addiction similar to that of smoking cigarettes. CUSHING claimed that he had deleted all of the files in the past, but would end up going back to view them again out of boredom.

9. An on-site forensic analysis was performed on the Hewlett Packard Laptop computer, and the Toshiba external hard drive located in CUSHING's bedroom. Approximately 91 files were found in the folder My Stuff/other/other/other/videos on the Toshiba external hard drive. The majority of those files contained images and videos of child pornography. Among those files were the following:

   a. 12 yo girl and dog.avi, a video file depicting an underage, possibly prepubescent female lewdly displaying and manipulating her vagina with her hands and a cord of some type. The video progresses to the girl performing oral sex on a dog.

   b. [victim name redacted]'s Destruction 1.mp4, a video file depicting an adolescent or adult female removing the diaper from a female toddler, and manipulating the toddler's genitalia. The video progresses to depict the subject toddler bound by her feet to a bar, and her mouth taped closed.

   c. [victim name redacted] Set 12 – 8 yo Bondage Vid1.mpg, a video depicting a prepubescent female bound by her hand and feet, with her genitalia exposed. What appears to be a male hand is seen masturbating and manipulating her vagina. Later in the video, a male is depicted masturbating and ejaculating on the girl's face.

3

## **CONCLUSION**

10. Based upon the aforementioned factual information, I respectfully submit there is probable cause to believe that STEVEN LEE CUSHING knowingly possessed child pornography depicting a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

*[signature]*
Renee Blaize, Special Agent
Federal Bureau of Investigation

Sworn to me this 14th day of July, 2015.

*[signature]*
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8388-DLB

### BOND RECOMMENDATION

DEFENDANT: STEVEN LEE CUSHING

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Alexandra Chase

Last Known Address:

What Facility:

Agent(s):   FBI S/A Renee Blaize
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. No. 15-8388-DLB

UNITED STATES OF AMERICA

v.

STEVEN LEE CUSHING,

        **Defendant.**

_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _/s/ Alexandra Chase_____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov