UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA    CASE # 15-8388 DLB

VS

Steven Lee Cushing    PRISONER # 08182-104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 7/14/15    6:30 AM

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: Poss. Child Porn

4) U.S. CITIZEN    [X] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: __/__/1967

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [ ] INDICTMENT
   [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: Southern

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES    [+] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Shelton Hammonds    DATE: 7/14/15

9) AGENCY: FBI    PHONE: (561) 822-5958